IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FIRSTMERIT BANK N.A., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 13 C 2661 |
| | ) |
| DONALD L. WOLF, SR., et al., | ) |
| | ) |
| Defendants. | ) |

### AMENDMENT TO MEMORANDUM OPINION AND ORDER

Haste does indeed make waste. Throughout this Court's just-issued memorandum opinion and order ("Opinion") in this action, defendants Donald Wolf, Sr., Donald Wolf, Jr. and David Wolf were referred to as "Guarantors" rather than "Borrowers"--an error that can be accounted for only by the plethora of similar efforts in mortgage foreclosure cases on this Court's calendar--efforts undertaken by guarantors of mortgage notes to extricate themselves from liability on grounds much like those advanced by the individual defendants here. Accordingly, with an appropriate mea culpa, this Court substitutes the correct term "Borrowers" for the mistaken term "Guarantors" wherever the latter appears in the just-issued Opinion.

_____
Milton I. Shadur
Senior United States District Judge

Date: August 28, 2013